[No. 69625-4-I.   Division One.   July 14, 2014.]

JACK M. GARRISON ET AL., *Appellants*, v. SAGEPOINT FINANCIAL, INC., *Respondent*.

The opinion in the above captioned case, which appeared in the advance sheets at 182 Wn. App. 392-435, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated January 20, 2015 granting reconsideration, withdrawing the opinion, and substituting a new opinion. See 185 Wn. App. 461.